No. —, original. Ex parte Street & Smith Publications, Inc. October 28, 1940. The motion for leave to file petition for writ of prohibition is denied.

No. —, original. Ex parte National Labor Relations Board. October 28, 1940. The motion for leave to file petition for writs of mandamus and prohibition is denied.

Nos. 133 and 134. Lisenba v. California. Appeals from the Supreme Court of California. October 28, 1940. The motions for leave to proceed *in forma pauperis* are granted. The appeals are dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925. Treating the papers whereon the appeals were allowed as petitions for writs of certiorari, as required by § 237 (c) of the Judicial Code (43 Stat. 936, 938), certiorari is granted. *Mr. Morris Lavine* for appellant.

No. 37. Stern Brothers & Co. v. Helvering, Commissioner of Internal Revenue. Certiorari, 310 U. S. 617, to the Circuit Court of Appeals for the Eighth Circuit. November 12, 1940. Judgment affirmed, per stipulation of counsel to abide the decision in *United States v. Stewart, ante,* p. 60. *Messrs. Arthur Mag* and *John H. McEvers* for petitioner. *Solicitor General Biddle* for respondent.